# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| EDWIN M. FISCHL, | : No. 96 WAL 2020 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| AXA LIFE INSURANCE COMPANY, THE | : |
| EQUITABLE OF COLORADO, INC., THE | : |
| EQUITABLE LIFE ASSURANCE SOCIETY | : |
| OF THE UNITED STATES, AXA | : |
| ADVISORS, LLC., JOHN WALDRON, | : |
| SOURCE CAPITAL, LTD., PHILIP | : |
| SCHULTE, RJL GROUP LTD., ROBERT J. | : |
| LINKOWSKI, STEVE LINKOWSKI, | : |
| EQUITABLE OF COLORADO INC.-RJL | : |
| GROUP, AXA EQUITABLE LIFE | : |
| INSURANCE COMPANY, AXA ADVISORS- | : |
| SPAGIARE FINANCIAL, BUCHANAN | : |
| INGERSOLL P.C., | : |
| | : |
| Respondents | : |
| | |
| EDWIN M. FISCHL, | : No. 97 WAL 2020 |
| | : |
| Petitioner | : |
| | : |
| | : Petition for Allowance of Appeal |
| | : from the Order of the Superior Court |
| v. | : |
| | : |
| | : |
| AXA LIFE INSURANCE COMPANY, | : |
| EQUITABLE OF COLORADO, INC.-RJL | : |
| GROUP, JOHN WALDRON, PHILIP | : |
| SCHULTE, AXA  ADVISORS-SPAGIARE | : |
| FINANCIAL, | : |
| | : |
| Respondents | : |
| | |
| EDWIN FISCHL, III, PET. | : No. 98 WAL 2020 |
| | : |

:
v. : Petition for Allowance of Appeal
: from the Order of the Superior Court
:
BUCHANAN INGERSOLL & ROONEY, :
P.C., BUCHANAN INGERSOLL PC, :
LAWRENCE KUREMSKY, ESQUIRE, PNC :
BANK, ANDREA FISCHL, EDWIN C. :
FISCHL, MARTA FISCHL, AND :
JACQUELINE EASLEY, :
:
Respondents :

**<u>ORDER</u>**


**PER CURIAM**

    **AND NOW**, this 22nd day of September, 2020, the Petition for Allowance of Appeal is **DENIED**.